Eyvette Walker, Appellant, and Nicole Shan, Plaintiff,
against
M & T Bank, Respondent.




Eyvette Walker, appellant pro se.
Rupp, Baase, Pfalzgraf, Cunningham, LLC (Erin L. Cody, Esq.), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Larry Love, J.), entered April 20, 2016. The order denied a motion by plaintiff Eyvette Walker (1) to vacate so much of a judgment of that court entered November 25, 2011 as was against her, entered pursuant to so much of an order of that court (Maureen A. Healy, J.) dated September 8, 2011 as had granted, upon Walker's failure to oppose the motion, the branch of defendant's motion seeking summary judgment as against Walker on defendant's counterclaims, and (2), in effect, to vacate that portion of the September 8, 2011 order and to restore the case to the calendar.




ORDERED that the order entered April 20, 2016 is reversed, without costs, the motion by plaintiff Eyvette Walker to vacate so much of the judgment entered November 25, 2011 as was against her, and, in effect, so much of the September 8, 2011 order as had granted, upon Walker's failure to oppose the motion, the branch of defendant's motion seeking summary judgment as against Walker on defendant's counterclaims is granted, that branch of defendant's motion is denied and the counterclaims are dismissed.
In this action for, among other things, breach of contract, defendant moved for summary judgment on its counterclaims. Upon the failure of Eyvette Walker (plaintiff) to oppose the motion, the Civil Court granted defendant's motion by order dated September 8, 2011. Insofar as is relevant to this appeal, a judgment was subsequently entered on November 25, 2011 awarding [*2]defendant the principal sum of $12,579.10 as against plaintiff on the counterclaims. Plaintiff appeals from an order of the Civil Court entered April 20, 2016 which denied her motion to vacate so much of the judgment and, in effect, the underlying order as were against her.
In view of defendant's admission on appeal that the debt underlying defendant's counterclaims was discharged in bankruptcy on August 25, 2011 and its statement that it has no intention to enforce the judgment, the order entered April 20, 2016 is reversed, plaintiff's motion to vacate so much of the judgment entered November 25, 2011 as was against her, and, in effect, so much of the September 8, 2011 order as had granted the branch of defendant's motion seeking summary judgment as against her on defendant's counterclaims is granted, that branch of defendant's motion is denied and the counterclaims are dismissed.
SOLOMON, J.P., PESCE and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: December 15, 2017